# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br><br>Andrew GAGNON and Nathan ROSENBLATT<br><br>*Defendant(s)* | Case No. 2:21-mj-0184 DB |

**FILED**
Dec 08, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 7, 2021__ in the county of __Nevada__ in the __Eastern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 846, 841(a)(1) | Conspiracy to Distribute and Possess with Intent to Distribute over 10 grams of a mixture and substance containing Lysergic Acid Diethylamide ("LSD") |
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute over 10 grams of a mixture and substance containing a detectable amount of LSD |

This criminal complaint is based on these facts:

(see attachment)

☒ Continued on the attached sheet.

/s/Brian Nehring
*Complainant's signature*

Brian Nehring, Special Agent
Drug Enforcement Administration
*Printed name and title*

Sworn to before me and signed telephoncially.

Date: December 8, 2021

City and state: Sacramento, California

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Special Agent Brian Nehring of the DEA, being duly sworn, depose and state as follows:

1. I am a Special Agent of the Drug Enforcement Administration (DEA), San Francisco Field Division, and have been so employed since 1991. I have had numerous assignments since beginning with DEA, including being assigned to the San Francisco Division Office between 1991 and 1994, the Alameda County Narcotics Task Force between 1995 and 1996, the San Francisco Division Clandestine Laboratory Enforcement Team from 1997 to 1999, the Oakland Resident Office between 1999 and 2002, and the Mobile Enforcement Team (MET) between 2002 and 2004. I have been assigned to the Sacramento Division Office since September of 2004 and I am currently assigned to the Organized Crime Drug Enforcement Task Force (OCDETF) since 2019.

2. This Affidavit is submitted in support of a Criminal Complaint charging Andrew GAGNON and Nathan ROSENBLATT with Possession with Intent to Distribute over 10 grams of a mixture and substance containing a detectable amount of Lysergic Acid Diethylamide ("LSD"), a Schedule I Controlled Substance, and Conspiracy to Distribute and Possess with Intent to Distribute over 10 grams of a mixture and substance containing LSD in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. §§ 846 and 841(a)(1).

## PROBABLE CAUSE

3. The United States government, including the DEA, has conducted an investigation of Andrew GAGNON, and others regarding possible violations of 21 U.S.C. § 841(a)(1) (Distribution of LSD); 21 U.S.C. § 843 (Unlawful Use of a Communication Facility); and 21 U.S.C. § 846 (Conspiracy to Distribute LSD).

4. Beginning in 2019, I began an investigation of a group of Lysergic Acid Diethylamide (LSD) and 3-4 Methylenedioxymethamphetamine (MDMA) traffickers based in the Lake Tahoe (Eastern District of California) area. I received information at that time that Andrew GAGNON was an LSD and MDMA source of supply for several of these distributors. Specifically, I conducted multiple undercover purchases of multiple-1000 count quantities of LSD from multiple individuals in the Lake Tahoe area whom I linked to GAGNON through confidential source information, surveillance during purchases and telephone analysis between 2019 and 2021.

5. During the times of the drug transactions, GAGNON and other individuals were surveilled by agents travelling from South Lake Tahoe to a house located at 15311 Northwoods Boulevard, Truckee, California. Based upon the surveillance and the timing of the trips to this location, I believed that GAGNON and these persons were obtaining the LSD from this residence.

6. In September of 2021, while acting in an undercover capacity, I met with GAGNON in South Lake Tahoe at which time he sold me approximately 5000 dosage units of a unique type of suspected blue with gold flake gelatin pyramid shaped LSD (in excess of 100 grams) in exchange for $7000.00 US Currency. GAGNON delivered the LSD to me in his 2019 white Toyota Tacoma truck (registered in his name at his address). Following this transaction GAGNON was followed back to his current residence at 3697 Larch Avenue, #2, South Lake Tahoe, California. During the negotiations for this transaction, I discussed with GAGNON my wish to obtain 15,000 or more dosage units of LSD during a subsequent transaction and that I would obtain several thousand more dosage units immediately after that.

7. Based upon the above, on December 6th, 2021, the Honorable Judge Magistrate Deborah Barnes authorized search warrants for GAGNON's residence, vehicle and person as well as a search warrant for 15311 Northwoods Boulevard, Truckee, California. I made arrangements to meet with GAGNON the following day in Truckee, California to receive an initial 15,000 dosage units of LSD followed by several thousand dosage units shortly after the initial transaction.

8. On December 7th, 2021, agents conducting surveillance of GAGNON followed him in his white Toyota Tacoma from his residence in South Lake Tahoe to the residence at 15311 Northwoods Boulevard, Truckee, California. GAGNON was observed carrying a black backpack into the residence and then leaving shortly thereafter carrying the same backpack. GAGNON was then followed to a Safeway Store parking lot in downtown Truckee where he parked. Agents contacted and arrested GAGNON at this location. Inside the truck, specifically in the black backpack, agents located what appeared to be approximately 15,000 dosage units of the same unique type of suspected blue with gold flake gelatin pyramid shaped LSD (approximately 343 gross grams) as well as a large amount of suspected 3-4 Methylenedioxymethamphetamine (MDMA; aka: "Extasy").

9. I spoke with GAGNON at the California Highway Patrol (CHP) Office and after reading him his Miranda Rights, which he acknowledged, GAGNON admitted that he had been selling LSD and MDMA. GAGNON also admitted that he had obtained the LSD at the residence at 15311 Northwoods Boulevard, Truckee, California prior to coming to the Safeway Parking lot and that someone at the residence was most likely waiting for him to return with the money, although he did not want to say whom. GAGNON also admitted that he resided at 3697 Larch Avenue, South Lake Tahoe and that he possessed additional amounts of LSD at this location although it was not the same blue gelatin pyramid form he had sold to me.

10. Approximately 45 minutes after GAGNON was detained and removed from the Safeway Store parking lot, agents conducting surveillance at 15311 Northwoods Boulevard observed an individual subsequently identified as Nathan ROSENBLATT depart the residence in a Toyota 4Runner. ROSENBLATT was followed back into the town of Truckee directly to the same Safeway Store parking lot where he

2

approached GAGNON's white Toyota Tacoma. At this time ROSENBLATT was detained and brought back to the same CHP Office where I spoke with him. I read ROSENBLATT his Miranda Rights, which he acknowledged, and I informed ROSENBLATT of what had occurred with GAGNON and the fact that agents were about to serve a search warrant at his residence. ROSENBLATT related the following information.

11. ROSENBLATT admitted that he resided at 15311 Northwoods Boulevard, Truckee, California for the last two years. ROSENBLATT admitted that he had supplied GAGNON with the LSD that GAGNON had attempted to deliver at the Safeway Store and that he had come there looking to see what had happened to GAGNON and why he had not returned with the money that was owed. ROSENBLATT admitted that he had an additional 5000 dosage units of the same type of blue with gold flake gelatin pyramid shaped LSD in a dresser in his room at the residence as well as various amounts of other drugs. ROSENBLATT admitted that he had been obtaining even larger amounts of LSD and had been supplying other individuals.

12.  Agents executed the search warrant at 15311 Northwoods Boulevard, Truckee, California. No other individuals were located at the residence. Agents located the 5000 dosage units (over 100 grams) of blue with gold flake gelatin pyramid shaped LSD in the dresser drawer as described by ROSENBLATT and located paperwork in ROSENBLATT's name throughout the room and residence. Agents also located large amounts of other suspected drugs to include Ketamine, MDMA and Psilocybin Mushrooms in amounts I know from my training and experience to be possessed with intent to distribute along with digital scales, packaging material and a large amount of US Currency, which I believe was drug proceeds.

13. I travelled to South Lake Tahoe and served the search warrant at GAGNON's residence at 3697 Larch Avenue, #B, South Lake Tahoe, California. No other individuals were present at the home when I arrived. I located a large amount of suspected LSD in blotter paper form (several thousand dosage units) as well as LSD in suspected liquid form in the locations described by GAGNON.

**[CONTINUED ON NEXT PAGE]**

14. I request that based upon this Affidavit, a Criminal Complaint and arrest warrants be issued for **Andrew GAGNON and Nathan ROSENBLATT** charging them with Possession with Intent to Distribute over 10 grams of a mixture and substance containing a detectable amount of Lysergic Acid Diethylamide, LSD, a Schedule I Controlled Substance, in violation of 21 U.S.C. § 841(a)(1) and Conspiracy to Distribute and Possess with Intent to Distribute over 10 grams of a mixture and substance containing LSD, in violation of 21 U.S.C. §§ 846 and 841(a)(1).

I swear under penalty of perjury, that the foregoing information is true and correct to the best of my knowledge, information and belief.

 /s/Brian Nehring
Brian Nehring, Special Agent
Drug Enforcement Administration


Sworn to and subscribed before
me telephonically on the   8th   day of December 2021.

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE


Approved as to form:

 /s/ David Spencer
David Spencer
Assistant U.S. Attorney

4

## United States v. GAGNON, et al.
### Penalties for Criminal Complaint

**Defendants**
**Andrew GAGNON**
**Nathan ROSENBLATT**

**COUNT 1:**         **ALL DEFENDANTS**

VIOLATION:   21 U.S.C. §§ 846, 841(a)(1) - Conspiracy to Distribute and Possess with Intent to Distribute over 10 grams of a mixture and substance containing LSD

PENALTIES:   Mandatory minimum of 10 years in prison and a maximum of up to life in prison; or
Fine of up to $10,000,000; or both fine and imprisonment
Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)


**COUNT 2:**         **ALL DEFENDANTS**

VIOLATION:   21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute over 10 grams of a mixture and substance containing LSD

PENALTIES:   Mandatory minimum of 10 years in prison and a maximum of up to life in prison; or
Fine of up to $10,000,000; or both fine and imprisonment
Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)