UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 9, 2021
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

NATHAN ROSENBLATT,

Defendant.

Case No. 2:21-MJ-00184-DB-2

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  NATHAN ROSENBLATT ,  Case No. 2:21-MJ-00184-DB-2  Charge 21 USC § 3146 , from custody for the following reasons: for the following reasons:

_____   Release on Personal Recognizance

  X    Bail Posted in the Sum of $ _____

      X   Unsecured Appearance Bond $  50,000 (co-signed)

     _____   Appearance Bond with 10% Deposit

     _____   Appearance Bond with Surety

     _____   Corporate Surety Bail Bond

     _____   (Other):_____.

Issued at Sacramento, California on December 9, 2021 at 3:35 p.m.

Dated:  December 9, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE